IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| IN RE: DARRELL LEE MADDING<br>DEBTOR | CASE NO.: 1:17-BK-71243<br>CHAPTER 7 |
| LERRO ENERGY GROUP<br>GREGORY T. ORRELL, AND<br>LANCER INDUSTRIES, INC. | PLAINTIFFS |
| V.    A.P. CASE NO.: 1:17-ap-07066 | |
| DARRELL LEE MADDING, DARRELL<br>MADDING, INC., TIMBERLAND<br>BANCSHARES, INC., AND EPIC<br>OIL EL DORADO REFINERY, LLC | DEFENDANTS |

**MEMORANDUM BRIEF IN SUPPORT OF RESPONSE OF TIMBERLAND BANCSHARES, INC., TO MOTION TO ENFORCE SETTLEMENT AGREEMENT, OR IN THE ALTERNATIVE, TO VACATE ORDER**

The final order approving the express settlement agreement of the parties was entered on January 14, 2019 (Doc. No.: 75). Upon entry of the order on the clerk's docket, the same became a final order under Bankruptcy Rule 7058 and Rule 58 of the Federal Rules of Civil Procedure.

Pursuant to Bankruptcy Rule 7064 and Rule 64 of the Federal Rules of Civil Procedure, and as provided under Arkansas state law, this court has the authority to direct performance of the settlement agreement as between the parties. *In re Griffin*, 509 B.R. 864 (Bankr. W.D. 2014); *In re McKay*, 443 B.R. 511 (Bankr. E.D. Ark. 2010). Since the real estate has substantial value, the court has the means of enforcing the settlement agreement by ordering the sale of the real estate and the distribution of the sales proceeds in accordance with the settlement agreement among the parties.

For the foregoing reasons, separate Defendant, Timberland Bancshares, Inc., prays that the settlement agreement among the parties be enforced, but that the motion of Plaintiff for vacation of the settlement agreement be denied.

        Respectfully submitted,

        Timberland Bancshares, Inc.

By: _____/s/ Gary R. Burbank_____
Gary R. Burbank (AR BIN: 78023)
Attorney at Law
315 East Oak, Ste. 100
El Dorado, Arkansas 71730
(870) 862-8322
(870) 862-5885 – Fax
gary@burbanklaw.net

## CERTIFICATE OF SERVICE

I, Gary R. Burbank, do hereby certify that I served, by U.S. Mail, a copy of the foregoing Memorandum Brief in Support of Response of Timberland Bancshares, Inc., to Motion to Enforce Settlement Agreement, or in the Alternative, to Vacate Order to:

H. Keith Morrison, Esq.
WILSON & ASSOCIATES, P.L.L.C.
One East Center Street, Suite 310
Fayetteville, Arkansas 72701

Robert N. Rushing, Esq.
The Rushing Law Firm, P.L.L.C
725 N. West Avenue
El Dorado, Arkansas 71730

Renee S. Williams, Esq.
Chapter 7 Trustee
125 Roberts Ridge Terrace
Hot Springs, Arkansas 71901

on this 8th day of February, 2019.

/s/ Gary R. Burbank